```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  Linda Harter, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    ANDREA S. MOON
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  DALE PARREL

 9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,      ) Mag. No. 2:11-MJ-270 EFB
15                                 )
                 Plaintiff,        )
16                                 ) STIPULATION AND ORDER TO VACATE
         v.                        ) AND RESET COURT TRIAL DATE
17                                 )
    DALE PARREL,                   )
18                                 ) Date:  October 18, 2011
                 Defendant.        ) Time:  10:00 a.m.
19                                 ) Judge: Hon. Edmund F. Brennan
    _____  )
20

21

22       The United States of America, through DAVID PETERSEN, Special

23  Assistant United States Attorney, together with defendant, DALE PARREL,

24  by counsel LINDA HARTER, Chief Assistant Federal Defender, stipulate to

25  vacate the court trial date set for October 18, 2011 at 10:00 am and

26  reset the court trial date for December 12, 2011 at 10:00 am.  Mr.

27  Parrel has regularly scheduled dialysis treatments on Tuesdays,

28  Thursdays and Saturdays, and as a result, would be unable to make a
```

Tuesday court trial date.

Dated:   September 22, 2011

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Linda Harter
                                            LINDA HARTER
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            DALE PARREL

Dated:  September 22, 2011        BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ David Petersen
                                            David Petersen
                                            Special Assistant U.S. Attorney

                                      ORDER

IT IS SO ORDERED.

Dated: September 22, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [P~~ROPOSE~~D] ORDER   -2-