DANIEL J. BRODERICK, #89424
Federal Defender
Linda Harter, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
ANDREA S. MOON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DALE PARREL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Mag. No. 2:11-mj-270 EFB |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO VACATE |
| | ) CHANGE OF PLEA AND RESET DATE |
| DALE PARREL, | ) |
| Defendant. | ) Date:  April 9, 2012 |
| | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Edmund F. Brennan |

The United States of America, through David Petersen, Special Assistant United States Attorney, together with defendant, Dale Parrel, by counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the change of plea hearing set for April 9, 2012 at 10:00 a.m. and reset it for April 23, 2012 at 10:00 a.m..

Mr. Parrel has been very ill and unable to effectively discuss the Rule 11 colloquy with defense counsel until very recently.  As a result, his signed Rule 11 colloquy will not be available for the

1 | court's review until after April 9.
2 | Dated:   April 6, 2012
3 |                                         Respectfully submitted,
4 |                                         DANIEL J. BRODERICK
  |                                         Federal Defender
5 |
6 |                                         /s/ Benjamin D. Galloway
  |                                         BENJAMIN D. GALLOWAY
7 |                                         Assistant Federal Defender for
  |                                         LINDA HARTER
8 |                                         Chief Assistant Federal Defender
  |                                         Attorney for Defendant
9 |                                         DALE PARREL
10 |
11 | Dated: April 6, 2012                    BENJAMIN B. WAGNER
   |                                         United States Attorney
12 |
13 |                                         /s/ David Petersen
   |                                         David Petersen
14 |                                         Special Assistant U.S. Attorney
15 |
16 |                                ORDER
17 | IT IS SO ORDERED.
18 | Dated: April 9, 2012.
19 |                                         EDMUND F. BRENNAN
   |                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER   -2-