```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
SHANNON THOMSON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DALE PARREL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>          Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br> DALE PARREL,                  )<br>                              )<br>          Defendant.          )<br> _____) | Mag. No. 2:11-mj-270 EFB<br><br>STIPULATION AND ORDER TO CONTINUE<br>BENCH TRIAL<br><br>Date:  July 2, 2012<br>Time:  10:00 a.m.<br>Judge: Hon. Edmund F. Brennan |

    The United States of America, through David Petersen, Special Assistant United States Attorney, together with defendant, Dale Parrel, by counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the bench trial set for June 26, 2012 at 10:00 a.m. and reset it for July 2, 2012 at 10:00 a.m..

    Mr. Parrel has dialysis every Tuesday, Thursday and Saturday. The parties initially set this matter for a Tuesday and Mr. Parrel will be unable to attend trial on that date.

```
 1  Dated:   June 22, 2012
                                           Respectfully submitted,
 2
                                           DANIEL J. BRODERICK
 3                                         Federal Defender

 4

 5                                         /s/ Linda C. Harter
                                           LINDA C. HARTER
 6                                         Chief Assistant Federal Defender
                                           Attorney for Defendant
 7                                         DALE PARREL

 8

 9  Dated:  June 22, 2012                  BENJAMIN B. WAGNER
                                           United States Attorney
10

11                                         /s/ David Petersen
                                           David Petersen
12                                         Special Assistant U.S. Attorney

13

14                                   ORDER

15  IT IS SO ORDERED.

16  Dated: June 25, 2012.

17                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
```

STIPULATION AND ORDER                   -2-